

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-19-00124-CV

---

MRC Permian Company, Appellant/Cross-Appellee

v.

Point Energy Partners Permian LLC; TJ Bar, LLC; Tubb Memorial,
an Oregon Limited Partnership; PlainsCapital Bank, Trustee for the
Debora Jackson Revocable Trust; Bank of America N.A., Trustee for the
Janelle Jackson Marital Trust Part M2, Janelle Jackson Marital Trust Part M1,
and Family Credit Shelter Trust Part B; Vortus Investment Advisors,
LLC; John Sabia; and Bryan Moody, Appellees/Cross-Appellants

On Appeal from the 143rd District Court
Loving County, Texas
Trial Court No. 17-06-869

## J U D G M E N T

The Court has considered this cause on the record and concludes there was partial error

in the judgment. We affirm the trial court's partial summary judgment on MRC's quasi-estoppel

defense. We affirm in part and reverse in part the trial court's ruling on the size of Production

Units. We render judgment that MRC holds title under the Lease to two Production Units covering 352 acres in Section 18 and 352 acres in Section 12, as described in its recorded designation of Production Units. And we remand for an accounting and further proceedings relating to Appellees/Cross-Appellants' breach-of-contract counterclaim. We further order that Appellant/Cross-Appellee and Appellees/Cross-Appellants each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED this 9th day of December 2025.


GINA M. PALAFOX, Justice

Before Palafox and Soto, JJ., and Rodriguez, C.J. (Senior Judge)
Rodriguez, C.J. (Senior Judge), sitting by assignment